## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE BRODIE and JOY LEVINE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-00716-GAM |

## ORDER DISMISSING ACTION WITH PREJUDICE

This 6th day of September, 2018, after consideration of the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Rule 23(e), and in light of the Parties' Stipulation of Dismissal and Confidential Settlement Agreement and Release ("Settlement Agreement"), it is hereby **ORDERED** as follows:

1. The above-captioned action is dismissed with prejudice as to Plaintiffs Caroline Brodie and Joy Levine's individual claims, including all claims that were brought or could have been brought by Plaintiffs, with each Party to bear its own costs except as provided in the Settlement Agreement.

2. The above-captioned action is dismissed without prejudice as to the claims of the putative class members.

3. The Court retains jurisdiction over the parties and the above-captioned action with respect to the interpretation and enforcement of the Settlement Agreement.

4. The Clerk shall mark this case CLOSED for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge